**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____

Chapter you are filing under:

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **George** <br> First name <br><br> **R.** <br> Middle name <br><br> **Platt** <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br> Middle name <br><br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-7965 | |

Debtor 1    **George R. Platt**                                      Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☑ I have not used any business name or EINs.

**FDBA  The Harty Press, Inc.**
**FDBA  Harty Integrated Solutions**

Business name(s)
_____

EIN
_____

☐ I have not used any business name or EINs.

Business name(s)
_____

EIN
_____

**5.** **Where you live**

**111 Chestnut Lane**
**Hamden, CT 06518**
Number, Street, City, State & ZIP Code

**New Haven**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **George R. Platt**                                    Case number *(if known)* _____

---

**Part 2:**    **Tell the Court About Your Bankruptcy Case**

**7.**    **The chapter of the Bankruptcy Code you are choosing to file under**    *Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

---

**8.**    **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.**    **Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ | |
| District | _____ | When | _____ | Case number | _____ | |
| District | _____ | When | _____ | Case number | _____ | |

---

**10.**    **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

**11.**    **Do you rent your residence?**

☑ No.    Go to line 12.
☐ Yes.    Has your landlord obtained an eviction judgment against you?

   ☐ No. Go to line 12.

   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    **George R. Platt**                                                        Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ **No.**    Go to Part 4.

☐ **Yes.**    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ **No.**    I am not filing under Chapter 11.

☐ **No.**    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.**    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ **Yes.**    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ **No.**
☐ **Yes.**    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
_____
Number, Street, City, State & Zip Code

---

Debtor 1   **George R. Platt**                                                    Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

---

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **George R. Platt**                                    Case number *(if known)*

---

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** **What kind of debts do you have?**

    **16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    ☑ No. Go to line 16b.

    ☐ Yes. Go to line 17.

    **16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

    ☐ No. Go to line 16c.

    ☑ Yes. Go to line 17.

    **16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17.** **Are you filing under Chapter 7?**

    ☐ No.   I am not filing under Chapter 7. Go to line 18.

    **Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

    ☑ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

    ☑ No

    ☐ Yes

---

**18.** **How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19.** **How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☑ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20.** **How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ George R. Platt

**George R. Platt**                                    Signature of Debtor 2
Signature of Debtor 1

Executed on   09/28/2021                          Executed on
          MM / DD / YYYY                                    MM / DD / YYYY

---

Debtor 1    **George R. Platt**                                    Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ Carl T. Gulliver                                    Date        09/28/2021
Signature of Attorney for Debtor                                    MM / DD / YYYY

**Carl T. Gulliver ct00944**
Printed name

**Coan Lewendon Gulliver & Miltenberger LLC**
Firm name

**495 Orange Street**
**New Haven, CT 06511-3809**
Number, Street, City, State & ZIP Code

Contact phone    **203-624-4756**              Email address    **cgulliver@coanlewendon.com**

**ct00944 CT**
Bar number & State

---

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 7

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **George R. Platt** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1.  **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $                0.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................................... | $        82,449.02 |
| 1c. Copy line 63, Total of all property on Schedule A/B........................................................... | $        82,449.02 |

### Part 2:   Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $          8,314.00 |
| 3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $                0.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $    4,303,760.62 |
| **Your total liabilities** | $    4,312,074.62 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4.  *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................... | $          6,266.28 |
| 5.  *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*.......................................................................... | $          8,163.13 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum          Summary of Your Assets and Liabilities and Certain Statistical Information          page 1 of 2

Debtor 1    **George R. Platt**                                    Case number *(if known)* _____

8.  **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                    $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **George R. Platt** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT | | |
| Case number | | | |

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes.  Where is the property?

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

| 3.1 | Make: | **Volvo** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **S60** | ■ Debtor 1 only | | |
| | Year: | **2020** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | 23,695 | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | **Car lease - Volvo Financial Car Services - See Schedule G** | | ☐ Check if this is community property (see instructions) | $1.00 | $1.00 |

| 3.2 | Make: | **Volvo** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **XC70** | ☐ Debtor 1 only | | |
| | Year: | **2015** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | 125,429 | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | | | ☐ Check if this is community property (see instructions) | $12,600.00 | $12,600.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    **George R. Platt**                                    Case number *(if known)*

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**..........................................................=>     **$12,601.00**

---

**Part 3:**  **Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| Household goods and furnishings - Undivided half-interest with non-debtor spouse | $2,500.00 |
|---|---|

| Books and Pictures - Undivided half-interest with non-debtor spouse | $500.00 |
|---|---|

7.  **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

| Television, computer, printer and cell phone  - Undivided half-interest with non-debtor spouse | $1,250.00 |
|---|---|

8.  **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9.  **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

10.  **Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes.  Describe.....

11.  **Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| Wearing Apparel | $850.00 |
|---|---|

12.  **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ■ No
   ☐ Yes.  Describe.....

13.  **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **George R. Platt** | | Case number *(if known)* | |

☐ Yes.  Describe.....

**14.  Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes.  Give specific information.....

15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
for Part 3. Write that number here ..............................................................................

| $5,100.00 |

**Part 4:**  **Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16.  **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes...........................................................................................................

| | **Cash** | $490.00 |

17.  **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes........................

Institution name:

| | | |
|---|---|---|
| 17.1. | **Consolidated Checking and Savings Account #0252** | **KeyBank (joint with non-debtor spouse)** | $1,447.00 |
| 17.2. | **Account #6341** | **Fidelity** | $601.00 |
| 17.3. | **Credit Union Regular Share Account  #347900** | **Connex Credit Union** | $0.01 |
| 17.4. | **Credit Union Unbank Checking Account  #347920** | **Connex Credit Union** | $1,008.00 |
| 17.5. | **Credit Union Health Checking Account #347921** | **Connex Credit Union** | $0.01 |
| 17.6. | **Checking Account #4948** | **Bankwell** | $9,080.00 |

18.  **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes..................          Institution or issuer name:

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

■ Yes.  Give specific information about them...................

Name of entity:                                          % of ownership:

Debtor 1    **George R. Platt**                                                        Case number *(if known)*

| | | | |
|---|---|---|---|
| **Platt Brothers Realty-I, LLC, commercial real estate occupied by The Harty Press (see below); Debtor believes secured bank debt exceeds the value of the assets.** | **33.3** | % | **$0.00** |
| **Platt Brothers Realty-II, LLC, commercial real estate occupied by The Harty Press (see below); Debtor believes secured bank debt exceeds the value of the assets.** | **33.3** | % | **$0.00** |
| **The Harty Press, Inc. --defunct printing business. Debtor believes secured bank debt exceeds the value of the assets.** | **33.3** | % | **$0.00** |
| **Supplemental Statement respecting certain business entities noted above:** **The Harty Press, Inc. (THP) has operated a printing business from its premises on James Street, New Haven, CT, for decades. The business has been owned and actively operated since October 1981 by the Debtor and his two brothers who each have a 1/3 interest in THP and in Platt Brothers Realty I, LLC, (Realty I) and Platt Brothers Realty II, LLC, (Realty II) and Platt Brothers Realty, a Connecticut Partnership. Realty I or Realty II own various contiguous parcels on James Street between Chapel and River Streets in the Fair Haven neighborhood of New Haven which together house the business operations of THP. To the best of debtor's understanding and belief all of the real estate owned by Realty I or Realty II, and the printing business and all of the assets owned by THP, secure claims of Key Bank in the total present sum of about $1.8 Million which Debtor believes equals or exceeds the value of all the collateral for said claims. General unsecured business claims scheduled herein also would be asserted against THP.** | | % | **$0.00** |
| **Dwellco II Limited Partnership--Final disbursement from investment was received June 2021; the Debtor believes partnership may be dissolved.** | **.3968** | % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☒ No
    ☐ Yes. Give specific information about them
       Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ☒ Yes. List each account separately.
       Type of account:              Institution name:

Debtor 1   **George R. Platt**                                    Case number *(if known)*

| | | |
|---|---|---|
| **IRA** | **Janney** | $45,313.00 |
| **401k** | **Fidelity** | $6,809.00 |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. ....................                                    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............         Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes............         Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

|  |  |
|---|---|
| **Tax Refunds - Half-interest in possible 2020 and pro-rated 2021 tax refunds on joint returns with non-debtor spouse, amount unknown**   **Federal and State** | **Unknown** |

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **George R. Platt**                                    Case number *(if known)*

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.

    Company name:                    Beneficiary:                    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes.  Describe each claim.........

    | Claim for Officer Loans to Harty Press, Inc. and Platt Brothers Realty made at various times over a number of years, all uncollectible. Total amount not presently determined. | **Unknown** |
    |---|---|

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................

    **$64,748.02**

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

**Part 6:**    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
    If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

**Part 7:**    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54.  Add the dollar value of all of your entries from Part 7. Write that number here  .....................................

    **$0.00**

Debtor 1    **George R. Platt**                                                    Case number *(if known)*

| Part 8: | List the Totals of Each Part of this Form |
|---------|-------------------------------------------|

55. **Part 1: Total real estate, line 2** ................................................................................................................................... **$0.00**

56. **Part 2: Total vehicles, line 5**                                                    **$12,601.00**

57. **Part 3: Total personal and household items, line 15**                             **$5,100.00**

58. **Part 4: Total financial assets, line 36**                                        **$64,748.02**

59. **Part 5: Total business-related property, line 45**                                   **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**                          **$0.00**

61. **Part 7: Total other property not listed, line 54**                    +             **$0.00**

62. **Total personal property.** Add lines 56 through 61...          **$82,449.02**    Copy personal property total          **$82,449.02**

63. **Total of all property on Schedule A/B**. Add line 55 + line 62

                                                                                      **$82,449.02**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **George R. Platt** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2020 Volvo S60 23,695 miles Car lease - Volvo Financial Car Services - See Schedule G** <br>Line from *Schedule A/B*: **3.1** | $1.00 | ■ $1.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **2015 Volvo XC70 125,429 miles** <br>Line from *Schedule A/B*: **3.2** | $12,600.00 | ■ $4,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **Household goods and furnishings - Undivided half-interest with non-debtor spouse** <br>Line from *Schedule A/B*: **6.1** | $2,500.00 | ■ $2,500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Books and Pictures - Undivided half-interest with non-debtor spouse** <br>Line from *Schedule A/B*: **6.2** | $500.00 | ■ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Television, computer, printer and cell phone  - Undivided half-interest with non-debtor spouse** <br>Line from *Schedule A/B*: **7.1** | $1,250.00 | ■ $1,250.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Debtor 1    **George R. Platt**                                                    Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Wearing Apparel** Line from *Schedule A/B*: **11.1** | $850.00 | ■ $850.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Cash** Line from *Schedule A/B*: **16.1** | $490.00 | ■ $490.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Consolidated Checking and Savings Account #0252: KeyBank (joint with non-debtor spouse)** Line from *Schedule A/B*: **17.1** | $1,447.00 | ■ $1,447.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Account #6341: Fidelity** Line from *Schedule A/B*: **17.2** | $601.00 | ■ $601.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Credit Union Regular Share Account #347900: Connex Credit Union** Line from *Schedule A/B*: **17.3** | $0.01 | ■ $0.01 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Credit Union Unbank Checking Account #347920: Connex Credit Union** Line from *Schedule A/B*: **17.4** | $1,008.00 | ■ $1,008.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Credit Union Health Checking Account #347921: Connex Credit Union** Line from *Schedule A/B*: **17.5** | $0.01 | ■ $0.01 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking Account #4948: Bankwell** Line from *Schedule A/B*: **17.6** | $9,080.00 | ■ $9,080.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **IRA: Janney** Line from *Schedule A/B*: **21.1** | $45,313.00 | ■ $45,313.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| **401k: Fidelity** Line from *Schedule A/B*: **21.2** | $6,809.00 | ■ $6,809.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| **Federal and State: Tax Refunds - Half-interest in possible 2020 and pro-rated 2021 tax refunds on joint returns with non-debtor spouse, amount unknown** Line from *Schedule A/B*: **28.1** | Unknown | ■ $1,200.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Debtor 1   **George R. Platt**                                           Case number (if known) _____

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■  No

    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐    No

        ☐    Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **George R. Platt** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|
| **2.1** **Volvo Financial Services** | Describe the property that secures the claim: | $8,314.00 | $12,600.00 | $0.00 |

| 2.1 | Volvo Financial Services |
|---|---|
| | Creditor's Name |

**Describe the property that secures the claim:**

2015 Volvo XC70 125,429 miles

**Att:  Pres. or Other Officer**
**P.O. Box 91300**
**Mobile, AL 36691**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| Add the dollar value of your entries in Column A on this page. Write that number here: | $8,314.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $8,314.00 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **George R. Platt** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Service** | Last 4 digits of account number _____ | **Unknown** | **$0.00** | **$0.00** |
| | Priority Creditor's Name | | | | |
| | **Att:  Revenue Agent** **Centralized Insolvency Oper.** **P.O. Box 7346** **Philadelphia, PA 19101-7346** | When was the debt incurred? _____ | | | |
| | Number Street City State Zip Code | | | | |

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____  **Possible 1040 taxes**

Debtor 1   **George R. Platt**                                                    Case number *(if known)* _____

---

| 2.2 | **State of Connecticut** | Last 4 digits of account number _____  **Unknown**  **Unknown**  **Unknown** |
|---|---|---|

Priority Creditor's Name
**Department of Revenue Services
Bankruptcy Unit
450 Columbus Avenue, Ste 1
Hartford, CT 06103**

When was the debt incurred?   _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Possible 1040 Taxes and/or personal liability on businesses's Sales/Use or Other Tax**

---

| 2.3 | **State of Connecticut** | Last 4 digits of account number _____  **Unknown**  **Unknown**  **Unknown** |
|---|---|---|

Priority Creditor's Name
**Deptartment of Labor
Delinquent Accounts Unit
200 Folly Brook Road
Wethersfield, CT 06109**

When was the debt incurred?   _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Possible personal liability on business's employment taxes**

---

| 2.4 | **Tax Collector, Hamden** | Last 4 digits of account number _____  **Unknown**  **$0.00**  **$0.00** |
|---|---|---|

Priority Creditor's Name
**2750 Dixwell Avenue
Hamden, CT 06518**

When was the debt incurred?   _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Possible Taxes**

---

Debtor 1    **George R. Platt**                                                    Case number (if known)

| 2.5 | **Tax Collector, New Haven** | Last 4 digits of account number | | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**165 Church Street**
**New Haven, CT 06510**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
■ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Domestic support obligations

**Is the claim subject to offset?**
■ Taxes and certain other debts you owe the government

■ No
☐ Claims for death or personal injury while you were intoxicated

☐ Yes
☐ Other. Specify
**Unknown possible personal liability on taxes arising from businesses**

| 2.6 | **Town of Branford** | Last 4 digits of account number | | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**Office of the Tax Collector**
**P.O. Box 136**
**Branford, CT 06405**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Domestic support obligations

**Is the claim subject to offset?**
■ Taxes and certain other debts you owe the government

■ No
☐ Claims for death or personal injury while you were intoxicated

☐ Yes
☐ Other. Specify
**possible taxes**

---

**Part 2:** List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1   **George R. Platt**                                    Case number (if known)

| | | |
|---|---|---|
| **4.1** | **ABC Printing & Mailing Co.** | Last 4 digits of account number | **$1,657.50** |

**4.1**   **ABC Printing & Mailing Co.**
Nonpriority Creditor's Name
**Att:  Pres. or Other foficer**
**875 foxon Road**
**New Haven, CT 06513**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____         $1,657.50
**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Personal Liability Disputed**

---

**4.2**   **Airgas USA, LLC**
Nonpriority Creditor's Name
**Att: Managing Member**
**P.O. Box 734445**
**Chicago, IL 60673-4445**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **7771**         $190.50
**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Personal liability disputed**

---

**4.3**   **All American Waste, LLC**
Nonpriority Creditor's Name
**Att:  Managing Member**
**P.O. Box 630**
**East Windsor, CT 06088**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____         $3,621.12
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Vendor Business Debt - Personal liability disputed**

---

Debtor 1  **George R. Platt**                                        Case number *(if known)*

| 4.4 | **American Express National Bank** | Last 4 digits of account number | **9950** | **$50,760.00** |

**Nonpriority Creditor's Name**
**c/o Datamark Inc.**
**Att:  Counsel Merchant Finacin**
**43 Butterfield Circle**
**El Paso, TX 79906**
Number Street City State Zip Code

When was the debt incurred?  **9/25/2019**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
□ Yes

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Working Capital - personal liablity disputed**

---

| 4.5 | **ARGA** | Last 4 digits of account number | | **$258,484.00** |

**Nonpriority Creditor's Name**
**c/o Bill Nims**
**14 Hazlett Road**
**Alton Bay, NH 03810**
Number Street City State Zip Code

When was the debt incurred?  **5/30/2012**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
□ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
□ Yes

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Personal liability disputed**

---

| 4.6 | **AT&T** | Last 4 digits of account number | | **$43.70** |

**Nonpriority Creditor's Name**
**Att:  Pres. or Other Officer**
**P.O. Box 8110**
**Aurora, IL 60507**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
□ Yes

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Personal liability disputed**

Debtor 1  **George R. Platt**                                           Case number *(if known)*

---

| 4.7 | **AT&T Advertising  Publishing** | Last 4 digits of account number _____ | $298.94 |

Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**P.O. Box 5010**
**Carol Stream, IL 60197-5010**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify  **Vendor Business Debt - Personal liability disputed**

---

| 4.8 | **AT&T Mobility** | Last 4 digits of account number _____ | $375.31 |

Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**P.O. Box 6463**
**Carol Stream, IL 60197**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify  **Business Debt - Personal liability disputed**

---

| 4.9 | **B-P Products** | Last 4 digits of account number _____ | $8,716.37 |

Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**100 Sanford Street**
**Hamden, CT 06514**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify  **Business Debt - Personal liability disputed**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor 1   **George R. Platt**                                                    Case number (if known) _____

---

**4.10**

**Balboa Capital Corporation**
Nonpriority Creditor's Name
**Att:  James J. Grant, V.P.**
**575 Anton Boulevard 12th Floor**
**Costa Mesa, CA 92626**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **3000**                          $93,990.01

When was the debt incurred?   **6/6/2018**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt, Equipment Lease , FlowMaster 2 - Personal Guaranty**

---

**4.11**

**Bank of America**
Nonpriority Creditor's Name
**Att: Pres. or Other Officer**
**4909 Savarese Circle**
**FL1-908-01-50**
**Tampa, FL 33634**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **7167**                          $2,337.00

When was the debt incurred?   **Opened 09/96  Last Active 2/12/20**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Authorized User on spouse's Credit Card**

---

**4.12**

**Bay State Bearings Service**
Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**P.O. Box 2740**
**Springfield, MA 01101**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   _____                          $228.64

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Vendor Business Debt - Personal liability disputed**

---

Debtor 1  **George R. Platt**                                    Case number (if known) _____

---

| 4.1 3 | **BCC Software, LLC** | Last 4 digits of account number _____ | **$4,190.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Att:  Managing Member**
**P.O. Box 1174**
**Buffalo, NY 14240**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Vendor Business Debt - Personal liability disputed**

---

| 4.1 4 | **Bell and Howell, LLC** | Last 4 digits of account number _____ | **$1,501.62** |
|---|---|---|---|

Nonpriority Creditor's Name

**Att:  Managing Member**
**P.O. Box 74369**
**Atlanta, GA 30374-3679**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Personal liability disputed**

---

| 4.1 5 | **Cannelli Printing Company** | Last 4 digits of account number _____ | **$3,418.80** |
|---|---|---|---|

Nonpriority Creditor's Name

**Att:  Pres. or Other Officer**
**39 Wood Street**
**West Haven, CT 06516**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Vendor Business Debt - Personal liability disputed**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1  **George R. Platt**

Case number *(if known)* _____

---

| 4.16 | **Capital One** | Last 4 digits of account number | **3003** | **$11,857.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Pres. or Other Officer**
**Po Box 30285**
**Salt Lake City, UT 84130**

**When was the debt incurred?**   **Opened 02/03  Last Active 2/07/20**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Credit Card**

---

| 4.17 | **Case Paper Company, Inc.** | Last 4 digits of account number | | **$14,964.38** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**499 E. Tioga Street**
**Philadelphia, PA 19134**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Vendor Business Debt - Personal liability disputed**

---

| 4.18 | **Central Paper Company, Inc.** | Last 4 digits of account number | | **$53,324.80** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**P.O. Box 1701**
**Pawtucket, RI 02862-1656**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Personal liability disputed**

---

Debtor 1  **George R. Platt**                                    Case number (if known) _____

---

**4.1 9**  | **Central States SE & SW Areas** | Last 4 digits of account number _____ | **$276,000.00**

Nonpriority Creditor's Name
**Health & Welfare Fund**
**Att:  Trustee or Other Officer**
**8647 West Higgins Road**
**Chicago, IL 60631**

When was the debt incurred?   **2020**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                          ☐ Contingent

☐ Debtor 2 only                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only             ■ Disputed

■ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**  ☐ Student loans
**debt**

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
                                             report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

                                         **ERISA Complaint by Central States,**
                                         **Southeast Areas Health and Welfare Fund,**
☐ Yes                                    ■ Other. Specify **and Charles A. Whobrey, as Trustee**

---

**4.2 0**  | **Cintas Corporation** | Last 4 digits of account number _____ | **$3,755.38**

Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**P.O. Box 636525**
**Cincinnati, OH 45263-6525**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                          ☐ Contingent

☐ Debtor 2 only                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only             ■ Disputed

☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**  ☐ Student loans
**debt**

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
                                             report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                    ■ Other. Specify  **Business Debt - Personal liability disputed**

---

**4.2 1**  | **CIT** | Last 4 digits of account number **2841** | **$24,535.87**

Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**21146 Network Place**
**Chicago, IL 60673-1211**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                          ☐ Contingent

☐ Debtor 2 only                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only             ■ Disputed

☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**  ☐ Student loans
**debt**

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
                                             report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

                                         **Business Debt - Copy Machine Lease -**
☐ Yes                                    ■ Other. Specify **Personal liability disputed**

---

Debtor 1  **George R. Platt**                                                    Case number (if known) _____

---

| 4.2 2 | **CIT Bank N.A.** | | Last 4 digits of account number _____ | | $58,400.00 |

Nonpriority Creditor's Name
**155 Commerce Way**
**Portsmouth, NH 03801**
Number Street City State Zip Code

**When was the debt incurred?**  **Various**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt-Personal Guarantee, equipment financing, The Harty Press. See also Direct Capital**

---

| 4.2 3 | **Citibank** | | Last 4 digits of account number  **1176** | | $25,508.01 |

Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**Po Box 790034**
**St Louis, MO 63179**
Number Street City State Zip Code

**When was the debt incurred?**   **Opened 09/13  Last Active 2/14/20**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.2 4 | **Clean Rentals, Inc.** | | Last 4 digits of account number _____ | | $4,108.16 |

Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**P.O. Box 63070**
**New Bedford, MA 02746-0899**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Vendor Business Debt - Personal liability disputed**

---

Debtor 1  **George R. Platt**                                      Case number (if known)

---

| 4.2 5 | **Comcast** | **Last 4 digits of account number** | $325.13 |
|---|---|---|---|

Nonpriority Creditor's Name

**Att: Pres. or Other Officer**
**P.O. Box 6505**
**Chelmsford, MA 01824**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Vendor Business Debt - Personal liability disputed**

---

| 4.2 6 | **Conn. Pest Elimination, Inc.** | **Last 4 digits of account number** | $74.45 |
|---|---|---|---|

Nonpriority Creditor's Name

**Att: Pres. or Other Officer**
**P.O.Box 422**
**West Haven, CT 06516**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Vendor Business Debt - Personal liability disputed**

---

| 4.2 7 | **Connecticut Color, Inc.** | **Last 4 digits of account number** | $6,895.10 |
|---|---|---|---|

Nonpriority Creditor's Name

**Att: Pres. or Other Officer**
**127 Pomeroy Avenue**
**Meriden, CT 06450**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt - Personal liability disputed**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor 1  **George R. Platt**                                    Case number (if known) _____

---

**4.28**

| **Connecticut Valley Bindery** | Last 4 digits of account number ____ ____ ____ ____ | **$1,058.06** |

Nonpriority Creditor's Name

**Att:  Pres. or Other Officer**
**1 Hartford Square Unit 28**
**New Britain, CT 06052**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No

☐ Yes

☑ Other. Specify   **Vendor Business Debt - Personal liability disputed**

---

**4.29**

| **Connex Credit Union** | Last 4 digits of account number ____ ____ ____ ____ | **$3,830.00** |

Nonpriority Creditor's Name

**412 Washington Avenue**
**North Haven, CT 06473**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No

☐ Yes

☑ Other. Specify   **Credit card**

---

**4.30**

| **Convertagraphics** | Last 4 digits of account number ____ ____ ____ ____ | **$22,645.50** |

Nonpriority Creditor's Name

**Att:  Managing Member**
**P.O. Box 733182**
**Dallas, TX 75373-3182**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No

☐ Yes

☑ Other. Specify   **Vendor Business Debt - Personal liability disputed**

---

Debtor 1  **George R. Platt**                                      Case number (if known) _____

---

**4.3 1**

**Creative Flower Shop** | Last 4 digits of account number _____ | $79.76
Nonpriority Creditor's Name
**Att:  Managing Member**
**P.O. Box 120134** | **When was the debt incurred?** _____
**East Haven, CT 06512**
Number Street City State Zip Code
**Who incurred the debt?** Check one. | **As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only | ☐ Contingent
- ☐ Debtor 2 only | ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only | ■ Disputed
- ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a  community debt** | ☐ Student loans
**Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes | ■ Other. Specify  **Vendor Business Debt - Personal liability disputed**

---

**4.3 2**

**Cyberchrome, Inc.** | Last 4 digits of account number _____ | $3,762.45
Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**19 Business Park Drive** | **When was the debt incurred?** _____
**Branford, CT 06405**
Number Street City State Zip Code
**Who incurred the debt?** Check one. | **As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only | ☐ Contingent
- ☐ Debtor 2 only | ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only | ■ Disputed
- ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a  community debt** | ☐ Student loans
**Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes | ■ Other. Specify  **Vendor Business Debt - Personal liability disputed**

---

**4.3 3**

**De Lage Landen Financial Svs** | Last 4 digits of account number  **8987** | $200.23
Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**P.O. Box 41602** | **When was the debt incurred?**  **2020**
**Philadelphia, PA 19101-1602**
Number Street City State Zip Code
**Who incurred the debt?** Check one. | **As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only | ☐ Contingent
- ☐ Debtor 2 only | ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only | ☐ Disputed
- ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a  community debt** | ☐ Student loans
**Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes | ■ Other. Specify  **Business Debt - Personal liability Disputed**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor 1  **George R. Platt**                                          Case number (if known) _____

---

| 4.3 4 | **Direct Capital** | **Last 4 digits of account number** _____ | $58,400.00 |

Nonpriority Creditor's Name
**Att: Brendan Thon**
**155 Commerce Way**
**Portsmouth, NH 03801**
Number Street City State Zip Code

**When was the debt incurred?**    **various**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt-Personal Guarantee , Equipment Financing, The Harty Press. See also CIT Bank N.A.**

---

| 4.3 5 | **Discover Financial** | **Last 4 digits of account number** 4828 | $9,055.00 |

Nonpriority Creditor's Name
**Attn: Pres. or Other Officer**
**Po Box 3025**
**New Albany, OH 43054**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 11/93  Last Active 03/20**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| 4.3 6 | **Eastman Kodak Company** | **Last 4 digits of account number** _____ | $11,896.28 |

Nonpriority Creditor's Name
**Att: Pres. or Other Officer**
**1778 Solutions Center**
**Chicago, IL 60677-1077**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Personal liability disputed**

---

Debtor 1  **George R. Platt**                                    Case number (if known) _____

---

**4.37**

| | |
|---|---|
| **Encore Fire Protection** | Last 4 digits of account number ___ ___ ___ ___      **$1,794.12** |

Nonpriority Creditor's Name
**Att:  Managing Member**
**70 Beacon Street**
**Pawtucket, RI 02860**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Vendor Business Debt - Personal liability disputed**

---

**4.38**

| | |
|---|---|
| **ExxonMobil** | Last 4 digits of account number  **8318**      **$29,778.86** |

Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**P.O. Box 6404**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt**

---

**4.39**

| | |
|---|---|
| **Federal Express Corp.** | Last 4 digits of account number ___ ___ ___ ___      **$6,671.52** |

Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**P.O. Box 371461**
**Pittsburgh, PA 15250**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Vendor Business Debt - Personal liability disputed**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **George R. Platt**                                           Case number (if known) _____

| | | | |
|---|---|---|---|
| **4.40** | **FEDEX Freight** | **Last 4 digits of account number** _____ | **$5,815.82** |

Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**P.O. Box 223125**
**Pittsburgh, PA 15250-2125**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Vendor Business Debt - Personal liability disputed**

---

| | | | |
|---|---|---|---|
| **4.41** | **G.E. Richards Graphic Supplies** | **Last 4 digits of account number** _____ | **$12,079.69** |

Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**928 Links Avenue**
**P.O. Box 339**
**Landisville, PA 17538**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Vendor Business Debt - Personal liability disputed**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1    **George R. Platt**                                    Case number (if known) _____

| | | | |
|---|---|---|---|
| **4.4 2** | **GNHWPCA** | Last 4 digits of account number    **2523** | **$176.52** |

Nonpriority Creditor's Name

**Att: Billing Supervisor**
**260 East Street**
**New Haven, CT 06511**

Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Utility Service to 25 James Street, New Haven - Personal liability disputed**

---

| | | | |
|---|---|---|---|
| **4.4 3** | **GNHWPCA** | Last 4 digits of account number    **2857** | **$122.02** |

Nonpriority Creditor's Name

**Att: Billing Supervisor**
**260 East Street**
**New Haven, CT 06511**

Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt, utility service to 234 Chapel Street, New Haven, personal liability disputed**

---

Debtor 1    **George R. Platt**                                                    Case number (if known) _____

---

| 4.4 4 | **GNHWPCA** | Last 4 digits of account number **2859** | $88.17 |
|---|---|---|---|

Nonpriority Creditor's Name
**Att:  Billing Supervisor**
**260 East Street**
**New Haven, CT 06511**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Utility Service to 205-11 River Street, New Haven - Personal liability disputed**

---

| 4.4 5 | **GPA** | Last 4 digits of account number | $1,795.17 |
|---|---|---|---|

Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**3906 Solutions Center**
**Chicago, IL 60677-3009**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Vendor Business Debt - Personal liability disputed**

---

| 4.4 6 | **Grainger** | Last 4 digits of account number | $1,200.19 |
|---|---|---|---|

Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**Dept. 821912011**
**Palatine, IL 60038**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Vendor Business Debt - Personal liability disputed**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1  **George R. Platt**                                    Case number (if known) _____

| 4.4 7 | **Great Reach Communications Inc** | Last 4 digits of account number _____ | **$1,125.00** |

Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**20 Golfers Circle**
**South Yarmouth, MA 02664**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Vendor Business Debt - Personal liability disputed**

---

| 4.4 8 | **Hewlett-Packard Financial Svs** | Last 4 digits of account number _____ | **$45,318.00** |

Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**200 Connell Drive Suite 5000**
**Berkeley Heights, NJ 07922**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Personal Liability Disputed**

---

| 4.4 9 | **Home Depot** | Last 4 digits of account number  9750 | **$1,801.35** |

Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**P.O. Box 790345**
**Saint Louis, MO 63179-0345**
Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1  **George R. Platt**                                      Case number (if known) _____

---

| 4.50 | **Indigo America, Inc.** | Last 4 digits of account number | **9823** | **$70,938.49** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**5555 Windward Parkway**
**Alpharetta, GA 30004**

When was the debt incurred?    **06/2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- □ Yes

- □ Contingent
- □ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt - Personal Liability Disputed**

---

| 4.51 | **International Bonded Couriers** | Last 4 digits of account number | **6402** | **$16,302.32** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**P.O. Box 300643**
**Jamaica, NY 11430-0643**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- □ Yes

- □ Contingent
- □ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt**

---

| 4.52 | **Jack L. Popin & Co.** | Last 4 digits of account number | | **$327.11** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Att: Pres. or Other Officer**
**125-10 84th Road**
**Kew Gardens, NY 11415**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- □ Yes

- □ Contingent
- □ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Vendor Business Debt - Personal liability disputed**

---

Debtor 1  **George R. Platt**                                    Case number (if known) _____

---

**4.5 3**

**Joseph C. Sansone Co.**
Nonpriority Creditor's Name
**c/o Rod Toben, V.P.**
**Central Case Management**
**13727 Noel Road Ste 700**
**Dallas, TX 75240**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **2023**                          $26,610.87

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Arbitration Award - Disputed as to personal liability**

---

**4.5 4**

**Just Buttons LLC**
Nonpriority Creditor's Name
**Att:  Managing Member**
**59 School Ground Road, Ste 7**
**Branford, CT 06405**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  _____              $57.50

When was the debt incurred?  **2020**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Personal liability Disputed**

---

**4.5 5**

**Key Bank, N.A.**
Nonpriority Creditor's Name
**Attn: Pres. or Other Officer**
**Oh-01-51-0622**
**4910 Tiedeman Rd.**
**Brooklyn, OH 44144**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **0339**                          $22,198.00

When was the debt incurred?  **Opened 06/13  Last Active 03/20**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

Debtor 1    **George R. Platt**                                    Case number (if known) _____

---

**4.5 6**

| **Keybank, N.A.** | Last 4 digits of account number | **1131** | **$1,337.00** |

Nonpriority Creditor's Name
**Att: Pres. or Other Officer**
**Bankruptcy Department**
**4910 Tiedeman Road**
**Brooklyn, OH 44144**

When was the debt incurred?    **Opened 04/17  Last Active 2/27/20**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Overdraft line of credit**

---

**4.5 7**

| **Keybank, N.A.** | Last 4 digits of account number | **9232** | **$3,720.00** |

Nonpriority Creditor's Name
**Att: Pres. or Other Officer**
**4910 Tiedeman Road**
**Brooklyn, OH 44144**

When was the debt incurred?    **Opened 07/17  Last Active 2/06/20**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Unsecured Loan**

---

**4.5 8**

| **KeyBank, N.A.** | Last 4 digits of account number | | **$1,646,497.00** |

Nonpriority Creditor's Name
**Att: Pres. or Other Officer**
**Bankruptcy Department**
**4910 Tiedeman Road**
**Brooklyn, OH 44144**

When was the debt incurred?    _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Guaranty - Business Debt, Mortgage on business premises at James & Rivert Streets, New Haven, Connecticut**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1   George R. Platt

Case number (if known) _____

---

**4.59**

**KeyBank, N.A.**
Nonpriority Creditor's Name
**Att: Pres. or Other Officer**
**Bankruptcy Department**
**4910 Tiedeman Road**
**Brooklyn, OH 44144**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **$50,592.00**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Guaranty - Swap Breakage Fee**

---

**4.60**

**Keybank, N.A.**
Nonpriority Creditor's Name
**Attn: Pres. or Other Officer**
**Bankruptcy Department**
**4190 Tiedeman Road**
**Brooklyn, OH 44144**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **$49,523.00**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt-Term Loan**

---

**4.61**

**Keybank, N.A.**
Nonpriority Creditor's Name
**Attn: Pres. or Other Officer**
**Bankruptcy Department**
**4190 Tiedeman Road**
**Brooklyn, OH 44144**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **$19,000.00**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Phase I & II**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1  **George R. Platt**                                    Case number (if known) _____

---

**4.6 2**

**Keybank, N.A.**                                    Last 4 digits of account number _____    $60,000.00
Nonpriority Creditor's Name
**Attn: Pres. or Other Officer**                    When was the debt incurred? _____
**Bankruptcy Department**
**4190 Tiedeman Road**
**Brooklyn, OH 44144**
Number Street City State Zip Code                   **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community          ☐ Student loans
debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                               ■ Other. Specify   **City Taxes**

---

**4.6 3**

**Keybank, N.A.**                                    Last 4 digits of account number _____    $20,000.00
Nonpriority Creditor's Name
**Attn: Pres. or Other Officer**                    When was the debt incurred? _____
**Bankruptcy Department**
**4190 Tiedeman Road**
**Brooklyn, OH 44144**
Number Street City State Zip Code                   **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community          ☐ Student loans
debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                               ■ Other. Specify   **Flood Insurance**

---

**4.6 4**

**Komputer Konsultants**                             Last 4 digits of account number _____    $7,900.00
Nonpriority Creditor's Name
**Att: Managing Member**                            When was the debt incurred? _____
**960 Route 6, Suite 101**
**Mahopac, NY 10541**
Number Street City State Zip Code                   **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ■ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community          ☐ Student loans
debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                               ■ Other. Specify   **Business Debt - Personal liability disputed**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1 **George R. Platt**

Case number (if known) _____

---

| 4.6 5 | **Lindenmeyer Monroe** | Last 4 digits of account number _____ | $15,875.77 |
|---|---|---|---|

Nonpriority Creditor's Name

**Att: Pres. or Other Officer**
**P.O. Box 416207**
**Boston, MA 02241-6207**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Vendor Business Debt - Personal liability disputed**

---

| 4.6 6 | **LSC Communications US LLC** | Last 4 digits of account number _____ | $129,104.16 |
|---|---|---|---|

Nonpriority Creditor's Name

**Att: Managing Member**
**P.O. Box 776411**
**Chicago, IL 60677-6411**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Vendor Business Debt - Personal liability disputed**

---

| 4.6 7 | **Magnetic Attractions, Inc.** | Last 4 digits of account number _____ | $15,811.10 |
|---|---|---|---|

Nonpriority Creditor's Name

**Att: Pres. or Other Officer**
**1912 John Towers Avenue**
**El Cajon, CA 92020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Vendor Business Debt - Personal liability disputed**

---

Debtor 1    **George R. Platt**                                    Case number (if known) _____

---

**4.68**

| **Mark and Andy Print Products** | Last 4 digits of account number _____ | $19,461.82 |

Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**7561 Solutions Center**
**Chicago, IL 60677-7005**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Vendor Business Debt - Personal liability disputed**

---

**4.69**

| **Markal Finishing Co. Inc.** | Last 4 digits of account number _____ | $1,864.00 |

Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**400 Bostwick Avenue**
**Bridgeport, CT 06605**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Vendor Business Debt - Personal liability disputed**

---

**4.70**

| **MLK Business Forms Inc.** | Last 4 digits of account number  **PR01** | $507.50 |

Nonpriority Creditor's Name
**c/o Liz Montalvo**
**P.O. Box 66**
**Ivoryton, CT 06442**

When was the debt incurred?  **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Debt - Personal liability Disputed**

---

Debtor 1  **George R. Platt**                                      Case number (if known) _____

| | |
|---|---|

**4.7 1**

**Mr. Cooper**
Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**P.O. Box 619094**
**Dallas, TX 75261-9741**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **0133**                        **$217,735.00**

**When was the debt incurred?**    **3/11/2020**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Co-signer for spouse on mortgage loan on her property located at 41A Cocheco Avenue, Branford, CT**

---

**4.7 2**

**NEPCON**
Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**65 Miller Street Ste 201**
**Richmond, VT 05477**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    _____                        **$4,155.00**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Vendor Business Debt - Personal liability disputed**

---

**4.7 3**

**New England Finishing**
Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**709 Main Street**
**Holyoke, MA 01040**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    _____                        **$2,960.38**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Vendor Business Debt - Personal liability disputed**

---

Debtor 1  **George R. Platt**                                    Case number (if known) _____

| | | |
|---|---|---|
| 4.7 4 | **Newark Element 14** | Last 4 digits of account number _____ | $85.99 |

Nonpriority Creditor's Name

**Att:  Pres. or Other Officer**
**33190 Collection Center Drive**
**Chicago, IL 60693-0331**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Vendor Business Debt - Personal liability disputed**

---

| | | |
|---|---|---|
| 4.7 5 | **OCB LLC Output Continuation** | Last 4 digits of account number _____ | $1,275.00 |

Nonpriority Creditor's Name

**Att:  Managing Member**
**60 Blueberry Hill**
**Wethersfield, CT 06109**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Vendor Business Debt - Personal liability disputed**

Debtor 1 **George R. Platt**      Case number (if known) _____

---

**4.6**

**On Deck Capital, Inc.**
Nonpriority Creditor's Name
**Att: Pres. or Other Officer**
**1400 Broadway**
**New York, NY 10018**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| | |
|---|---|
| Last 4 digits of account number | **0789** | **$146,416.64** |

When was the debt incurred? **1/29/20**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business Debt, Working Capital, personal guarantee, unpaid principal aboutn plus pre-judgment and post-judgment interest at 6% from 7/31/2020**

■ Other. Specify

---

**4.7**

**Perfect Finishing, Inc.**
Nonpriority Creditor's Name
**Att: Pres. or Other Officer**
**40 Webro Road**
**Clifton, NJ 07012**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **$907.35**

When was the debt incurred? **2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Personal liability Disputed**

---

**4.8**

**Kathryn M. Platt**
Nonpriority Creditor's Name
**226 Thimble Island Road**
**Branford, CT 06405**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **$134,000.00**

When was the debt incurred? **1/19/2985**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business Debt, Note - personal liablity disputed**

■ Other. Specify

---

Debtor 1    **George R. Platt**                                    Case number (if known) _____

---

**4.79**

| | | |
|---|---|---|
| **Post-up Stand Inc.** | Last 4 digits of account number    **1302** | **$1,886.50** |
| Nonpriority Creditor's Name | | |
| **Att:  Pres. or Other Officer** | When was the debt incurred?    **2020** | |
| **29253 Network Place** | | |
| **Chicago, IL 60673-1292** | | |

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Business Debt - Personal liability Disputed**

---

**4.80**

| | | |
|---|---|---|
| **Pratt Corrugated Holdings, Inc** | Last 4 digits of account number    _____ | **$2,075.28** |
| Nonpriority Creditor's Name | | |
| **Att:  Pres. or Other Officer** | When was the debt incurred?    _____ | |
| **P.O. Box 933949** | | |
| **Atlanta, GA 31193-3949** | | |

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Vendor Business Debt - Personal liability disputed**

---

**4.81**

| | | |
|---|---|---|
| **Premier Blanket Services Inc.** | Last 4 digits of account number    **0528** | **$316.40** |
| Nonpriority Creditor's Name | | |
| **Att:  Pres. or Other Officer** | When was the debt incurred?    **2020** | |
| **860 East State Parkway** | | |
| **Schaumburg, IL 60173** | | |

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Business Debt - Personal liability Disputed**

---

Debtor 1    **George R. Platt**                                      Case number (if known) _____

| 4.8 2 | | |
|---|---|---|

**Printer's Service**                      Last 4 digits of account number _____    **$5,152.96**

Nonpriority Creditor's Name
**Att: Pres. or Other Officer**            **When was the debt incurred?** _____
**P.O. Box 5169 Ironbound Statio**
**Newark, NJ 07105-5169**
Number Street City State Zip Code          **As of the date you file, the claim is: Check all that apply**
**Who incurred the debt? Check one.**

■ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ■ Disputed
☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims
                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                      **Vendor Business Debt - Personal liability**
☐ Yes                          ■ Other. Specify  **disputed**

---

| 4.8 3 | | |
|---|---|---|

**Prism Office Solutions**                 Last 4 digits of account number _____    **$4,093.87**

Nonpriority Creditor's Name
**Att: Pres. or Other Officer**            **When was the debt incurred?** _____
**75 School GroundRoad**
**Branford, CT 06405**
Number Street City State Zip Code          **As of the date you file, the claim is: Check all that apply**
**Who incurred the debt? Check one.**

☐ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ■ Disputed
☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims
                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                      **Vendor Business Debt - Personal liability**
☐ Yes                          ■ Other. Specify  **disputed**

---

| 4.8 4 | | |
|---|---|---|

**Prosource Graphi Arts Products**         Last 4 digits of account number _____    **$528.52**

Nonpriority Creditor's Name
**Att: Pres. or Other Officer**            **When was the debt incurred?**    **2020**
**16 Roadway A**
**Attleboro, MA 02703**
Number Street City State Zip Code          **As of the date you file, the claim is: Check all that apply**
**Who incurred the debt? Check one.**

■ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims
                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                          ■ Other. Specify  **Business Debt - Personal liability Disputed**

---

Debtor 1    **George R. Platt**                                    Case number (if known) _____

---

| 4.8 5 | **Purchase Power** | Last 4 digits of account number | **5977** | $54,055.13 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Pitney Bowes**
**Att: Pres. or Other Officer**
**225 American Drive**
**Neenah, WI 54956-1005**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Purchase Power Account**

---

| 4.8 6 | **Quench USA, Inc.** | Last 4 digits of account number | | $744.43 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Att: Pres. or Other Officer**
**P.O. Box 781393**
**Philadelphia, PA 19178-1393**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Vendor Business Debt - Personal liability disputed**

---

| 4.8 7 | **Regional Water Authority** | Last 4 digits of account number | **1563** | $108.72 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Att: Director**
**90 Sargent Drive**
**New Haven, CT 06511-5966**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Uility service to 25 James Street, New Haven, CT, Personal liability disputed**

---

Debtor 1  **George R. Platt**                                                    Case number (if known)

---

**4.8 8**

**Regional Water Authority**                   Last 4 digits of account number    **3923**                              **$98.41**

Nonpriority Creditor's Name
**Att:  Director**                             When was the debt incurred?
**90 Sargent Drive**
**New Haven, CT 06511-5966**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                ☐ Contingent

☐ Debtor 2 only                                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                   ■ Disputed

☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**
                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                report as priority claims

■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

                                               **Business Debt - Uility service to 205-211**
☐ Yes                                          **River Street, New Haven, CT, Personal**
                                               ■ Other. Specify **liability disputed**

---

**4.8 9**

**Regional Water Authority**                   Last 4 digits of account number    **4170**                              **$77.77**

Nonpriority Creditor's Name
**Att:  Director**                             When was the debt incurred?
**90 Sargent Drive**
**New Haven, CT 06511-5966**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                ☐ Contingent

☐ Debtor 2 only                                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                   ■ Disputed

☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**
                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                report as priority claims

■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

                                               **Business Debt - Uility service to 234 Chapel**
☐ Yes                                          **Street, New Haven, CT, Personal liability**
                                               ■ Other. Specify **disputed**

---

Debtor 1    **George R. Platt**                                    Case number *(if known)*

---

**4.9 0**

**Ricoh USA, Inc.**
Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**P.O. Box 827577**
**Philadelphia, PA 19182-7577**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$16,957.32**

When was the debt incurred?     **6/13/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Vendor Business Debt - Personal liability disputed**

---

**4.9 1**

**Rochester Software Assoc. Inc.**
Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**69 Cascade Drive**
**Rochester, NY 14614**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$2,800.00**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Vendor Business Debt - Personal liability disputed**

---

**4.9 2**

**Rocket Mark Corporation**
Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**3026 Owen Drive Ste 110**
**Antioch, TN 37013-2417**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$1,965.99**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Vendor Business Debt - Personal liability disputed**

---

Debtor 1  **George R. Platt** _____   Case number (if known) _____

---

**4.9 3**

**Rosmini Grapic Supply Corp.** _____
Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**1375 Bangor Street**
**Copiague, NY 11726**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   $551.21

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Personal liability Disputed**

---

**4.9 4**

**Ryan Printing, Inc.** _____
Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**300 Corporate Drive Ste 6**
**Blauvelt, NY 10913**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   $1,072.89

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Personal liability Disputed**

---

**4.9 5**

**Safety-Kleen Corp.** _____
Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**P.O. Box 382066**
**Pittsburgh, PA 15250-8066**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   $8,800.85

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Vendor Business Debt - Personal liability disputed**

---

Debtor 1  **George R. Platt**                                    Case number (if known) _____

| 4.9 6 | **Screen Tek** | Last 4 digits of account number _____ | $2,634.75 |

Nonpriority Creditor's Name

**Att:  Pres. or Other Officer**
**130 Welton Street**
**Hamden, CT 06517**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Vendor Business Debt - Personal liability disputed**

---

| 4.9 7 | **SCS Systems, LLC** | Last 4 digits of account number _____ | $957.15 |

Nonpriority Creditor's Name

**Att:  Managing Member**
**31 Woodlawn Avenue**
**Naugatuck, CT 06770**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Vendor Business Debt - Personal liability disputed**

---

| 4.9 8 | **SoFi Lending Corp.** | Last 4 digits of account number _____ | $13,491.79 |

Nonpriority Creditor's Name

**Att:  Pres. or other Officer**
**234 1st Street**
**San Francisco, CA 94105**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **George R. Platt**                                        Case number (if known) _____

---

**4.99**  **Southern Connecticut Gas Co.**           Last 4 digits of account number   **3613**                    **$277.38**

Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**           When was the debt incurred?   _____
**60 Marsh Hill Road**
**Orange, CT 06477**
Number Street City State Zip Code           **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                            ☐ Contingent

☐ Debtor 2 only                            ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only              ■ Disputed

☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**  ☐ Student loans
**debt**
                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims

■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

                                           **Business Debt - Utility service to 205 River**
                                           **Street, New Haven, CT, Personal liability**
☐ Yes                          ■ Other. Specify  **disputed**

---

**4.100**  **Southern Connecticut Gas Co.**          Last 4 digits of account number   **2120**                    **$277.38**

Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**           When was the debt incurred?   _____
**60 Marsh Hill Road**
**Orange, CT 06477**
Number Street City State Zip Code           **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                            ☐ Contingent

☐ Debtor 2 only                            ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only              ■ Disputed

☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**  ☐ Student loans
**debt**
                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims

■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

                                           **Business Debt - Utility service to 25 James**
                                           **Street, New Haven, CT, Personal liability**
☐ Yes                          ■ Other. Specify  **disputed**

---

Debtor 1  **George R. Platt**                                      Case number (if known) _____

---

**4.1**
**01**

**Southern Connecticut Gas Co.**
Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**60 Marsh Hill Road**
**Orange, CT 06477**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**  **4440**                          **$106.48**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business Debt - Utility service to 205 River Street, New Haven, CT, Personal liability disputed**

---

**4.1**
**02**

**Southern Professional Printing**
Nonpriority Creditor's Name
**Att:  Managing Member**
**P.O. Box 10308**
**New Orleans, LA 70181**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**  **A726**                          **$426.25**

**When was the debt incurred?**  **2020**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business Debt - Personal liability Disputed**

---

**4.1**
**03**

**Spring Glen Landscaper, LLC**
Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**25 Raccio Park Road**
**Hamden, CT 06514**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**  _____        **$265.88**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Vendor Business Debt - Personal liability disputed**

---

Debtor 1    **George R. Platt**    Case number (if known) _____

---

**4.1 04**

**Steadfast HVAC LLC**
Nonpriority Creditor's Name
**Att:  Managing Member**
**71 Bender Road**
**Hamden, CT 06518**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____    **$2,765.10**

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Business Debt - Personal liability Disputed**

---

**4.1 05**

**STP Bindery Services**
Nonpriority Creditor's Name
**Att: Managing Member**
**265 Prestige Park Road**
**East Hartford, CT 06108**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____    **$4,441.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Vendor Business Debt - Personal liability disputed**

---

**4.1 06**

**Synchrony Bank**
Nonpriority Creditor's Name
**Attn:  Pres. or Other Officer**
**Po Box 965060**
**Orlando, FL 32896**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** **9510**    **$5,318.00**

**When was the debt incurred?**    **Opened 05/07  Last Active 03/20**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **TJX Credit Card**

---

Debtor 1   **George R. Platt**                                    Case number (if known) _____

---

**4.1 07**

**Synchrony Bank**
Nonpriority Creditor's Name
**Attn:  Pres. or Other Officer**
**Po Box 965060**
**Orlando, FL 32896**
Number Street City State Zip Code

Last 4 digits of account number   **2048**                          $1,021.77

When was the debt incurred?   _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Lowes Credit Card**

---

**4.1 08**

**U.S. Bancorp**
Nonpriority Creditor's Name
**Attn: Pres. or Other Officer**
**800 Nicollet Mall**
**Minneapolis, MN 55402**
Number Street City State Zip Code

Last 4 digits of account number   **9704**                          $13,979.00

When was the debt incurred?   **Opened 03/17  Last Active 2/12/20**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Elan Credit Card**

---

**4.1 09**

**Uline Shipping Supply**
Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**P.O. Box 88741**
**Chicago, IL 60680-1741**
Number Street City State Zip Code

Last 4 digits of account number   _____                          $3,479.82

When was the debt incurred?   _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Vendor Business Debt - Personal liability disputed**

---

Debtor 1  **George R. Platt**                                                    Case number (if known) _____

| 4.1 10 | **United Illuminating** | **Last 4 digits of account number** _____ | **$81,932.48** |

Nonpriority Creditor's Name
**Att: Pres. or Other Officer**
**180 Marsh Hill Road**
**Orange, CT 06477**

**When was the debt incurred?** _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Vendor Business Debt - Personal liability disputed**

---

| 4.1 11 | **United Parcel Service** | **Last 4 digits of account number** **4500** | **$363.30** |

Nonpriority Creditor's Name
**Att: Pres. or Other Officer**
**P.O. Box 809488**
**Chicago, IL 60680-9488**

**When was the debt incurred?** **2020**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt - Personal liability Disputed**

---

| 4.1 12 | **US Department of Labor** | **Last 4 digits of account number** **9993** | **$28,749.80** |

Nonpriority Creditor's Name
**Att: Director, OSHA**
**McMahon Federal Building**
**915 Lafayette Blvd, Room 309**
**Bridgeport, CT 06604**

**When was the debt incurred?** **12/16/2016**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **OSHA citation/penalty - Business Debt, disputed as to personal liability**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

Debtor 1  **George R. Platt**                                                Case number *(if known)*

---

| 4.1 13 | **US Department of Labor** | | Last 4 digits of account number | **2679** | | **$27,320.00** |

Nonpriority Creditor's Name

**Att:  Director, OSHA**
**McMahon Federal Building**
**915 Lafayette Blvd, Room 309**
**Bridgeport, CT 06604**

When was the debt incurred?    **6/16/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **OSHA citation/penalty  - Business Debt, disputed as to personal liability**

---

| 4.1 14 | **US Small Business Admin.** | | Last 4 digits of account number | **5002** | | **$0.00** |

Nonpriority Creditor's Name

**Att:  Director**
**c/o U.S. Attorney General**
**157 Church Street, Flr 25**
**New Haven, CT 06510**

When was the debt incurred?    **5/30/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Personal Guaranty - See mortgage to KeyBank, N.A., 25 James Street, New Haven, CT**

---

Debtor 1  **George R. Platt**                                    Case number (if known) _____

---

**4.1 15**

**US Small Business Admin.**
Nonpriority Creditor's Name
Att:  Director
c/o U.S. Attorney General
157 Church Street Flr 25
New Haven, CT 06510
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number   **5002**                        **$0.00**

When was the debt incurred?   **5/30/2012**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Business Debt - Personal Guaranty - See Business Line of Credit to KeyBank, N.A. above**

---

**4.1 16**

**Gail Utitus**
Nonpriority Creditor's Name
183 Oxford Road
Milford, CT 06460
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number   _____                        **$3,060.00**

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Vendor Business Debt - Personal liability disputed**

---

**4.1 17**

**Valley Machine Knife**
Nonpriority Creditor's Name
Att:  Pres. or Other Officer
33 Wayside Avenue
West Springfield, MA 01089
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number   _____                        **$21,284.40**

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Vendor Business Debt - Personal liability disputed**

---

Debtor 1 **George R. Platt**                                    Case number (if known) _____

---

| 4.1 18 | **Veritiv Operating Company** | Last 4 digits of account number | | $11,715.64 |

Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**7472 Collection Center Drive**
**Chicago, IL 60693**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Vendor Business Debt - Personal liability disputed**

---

| 4.1 19 | **Volvo Car Financial Services** | Last 4 digits of account number | 4425 | $18,325.00 |

Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**P.O. Box 91300**
**Mobile, AL 36691**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 01/18  Last Active 1/30/20**

**Who incurred the debt?** Check one.

□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Auto Loan - 2015 Volvo XC70**

---

| 4.1 20 | **W.B. Mason** | Last 4 digits of account number | | $633.22 |

Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**
**59 Centre Street**
**Brockton, MA 02301-4014**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Vendor Business Debt - Personal liability disputed**

---

Debtor 1  **George R. Platt**                                          Case number (if known) _____

---

**4.1 21**

**Wethersfield Offset, Inc.**                     Last 4 digits of account number _____          **$15,125.00**
Nonpriority Creditor's Name
**Att:  Pres. or Other Officer**                  When was the debt incurred? _____
**1795 Silas Deane Highway**
**Rocky Hill, CT 06067**
Number Street City State Zip Code                 **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
■ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ■ Disputed
☐ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**     ☐ Student loans
**debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**               report as priority claims
■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                  **Vendor Business Debt - Personal liability**
☐ Yes                                             ■ Other. Specify **disputed**

---

**4.1 22**

**Whittlesey PC**                                 Last 4 digits of account number _____          **$24,388.00**
Nonpriority Creditor's Name
**Att:  Michael Pyne**                            When was the debt incurred? _____
**One Hamden Center**
**2319 Whitney Avenue Ste 2A**
**Hamden, CT 06518**
Number Street City State Zip Code                 **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
■ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ■ Disputed
☐ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**     ☐ Student loans
**debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**               report as priority claims
■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                  **Vendor Business Debt - Personal liability**
☐ Yes                                             ■ Other. Specify **disputed**

---

**4.1 23**

**Xerox Capital Services LLC**                    Last 4 digits of account number _____          **$100,737.28**
Nonpriority Creditor's Name
**Att:  Managing Member**                         When was the debt incurred?   **9/30/2016**
**P.O. Box 827598**
**Philadelphia, PA 19182-7598**
Number Street City State Zip Code                 **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☐ Disputed
■ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**     ☐ Student loans
**debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**               report as priority claims
■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                  **Business Debt, Equipment Lease - personal**
☐ Yes                                             ■ Other. Specify **liability disputed**

---

Debtor 1  **George R. Platt**                                    Case number (if known) _____

| | |
|---|---|
| 4.1 24 | |

**Xerox Capital Services LLC**
Nonpriority Creditor's Name
**Att:  Managing Member**
**P.O. Box 827598**
**Philadelphia, PA 19182-7598**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____            **$5,980.00**

**When was the debt incurred?**        **9/30/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt, Equipment Lease - personal liability disputed**

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Becker & Zowine, LLC** **3296 Main Street** **Bridgeport, CT 06606** | Line **4.34** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims Last 4 digits of account number |
| **Cohn & Dussi, LLC** **Att:  Lewis J. Cohn, Esq.** **68 Harrison Avenue Ste 502** **Boston, MA 02111** | Line **4.123** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims Last 4 digits of account number |
| **Douglas W. King, Esq.** **Shands, Elbert Gianoulakis** **1 North Brentwood Blvd Ste 800** **Saint Louis, MO 63105** | Line **4.53** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims Last 4 digits of account number |
| **KeyBank, N.A.** **Att:  Pres. or Other Officer** **195 Church Street** **New Haven, CT 06510** | Line **4.58** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims Last 4 digits of account number |
| **KeyBank, N.A.** **Att:  Pres. or Other Officer** **195 Church Street** **New Haven, CT 06510** | Line **4.59** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims Last 4 digits of account number |
| **Matthew B. Wesley, Esq.** **Central States Law Department** **8647 West Higgins Road, 8th Fl** **Chicago, IL 60631** | Line **4.19** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims Last 4 digits of account number |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |

Debtor 1  **George R. Platt**

Case number (if known)

| | |
|---|---|
| **Radius global Solutions LLC**<br>**Att:  Managing Member**<br>**P.O. Box 390905**<br>**Minneapolis, MN 55439** | Line **4.23** of (Check one):<br><br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**SoFi Lending Corp.**<br>**Att:  President**<br>**375 Healdsburg Avenue Ste 280**<br>**Healdsburg, CA 94558** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.98** of (Check one):<br><br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Susman, Duffy &  Segaloff P.C.**<br>**Att:  Joseph F. Faughnan**<br>**700 State Street Suite 100**<br>**New Haven, CT 06511** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.58** of (Check one):<br><br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Susman, Duffy &  Segaloff P.C.**<br>**Att:  Joseph F. Faughnan**<br>**700 State Street Suite 100**<br>**New Haven, CT 06511** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.59** of (Check one):<br><br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**U.S. Dept. of Labor**<br>**OSHA**<br>**Att:  Director**<br>**200 Constitution Avenue NW**<br>**Washington, DC 20210** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.112** of (Check one):<br><br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**U.S. Dept. of Labor**<br>**OSHA**<br>**Att:  Director**<br>**200 Constitution Avenue NW**<br>**Washington, DC 20210** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.113** of (Check one):<br><br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**U.S. Dept. of Labor - OSHA**<br>**c/o U.S. Attorney**<br>**157 Church Street, Flr 25**<br>**New Haven, CT 06510** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.112** of (Check one):<br><br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**U.S. Dept. of Labor - OSHA**<br>**c/o U.S. Attorney**<br>**157 Church Street, Flr 25**<br>**New Haven, CT 06510** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.113** of (Check one):<br><br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**US Dept. of the Treasury**<br>**Bureau of Fiscal Service**<br>**Att:  Director**<br>**P.O. Box 830794**<br>**Birmingham, AL 35283-0794** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.112** of (Check one):<br><br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**US Small Business Admin.**<br>**Att:  Director**<br>**409 3rd Street S.W.** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.114** of (Check one):<br><br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **George R. Platt**                    Case number (if known) _____

**Washington, DC 20416**
|  | Last 4 digits of account number |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **US Small Business Admin.**<br>**Att:  Director**<br>**Connecticut District Office**<br>**330 Main Street, 2nd Floor**<br>**Hartford, CT 06103** | Line **4.114** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **US Small Business Admin.**<br>**Att:  Director**<br>**409 3rd Street S.W.**<br>**Washington, DC 20416** | Line **4.115** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **US Small Business Admin.**<br>**Att:  Director**<br>**Connecticut District Office**<br>**330 Main Street, 2nd Floor**<br>**Hartford, CT 06103** | Line **4.115** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Vincent E. Augrey, Esq.**<br>**Aubrey Thrasher, LLC**<br>**1170 Peachtree Street NE**<br>**Suite 1925**<br>**Atlanta, GA 30309** | Line **4.76** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | $ 0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 4,303,760.62 |
|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 4,303,760.62 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **George R. Platt** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   **Volvo Car Financial Services**<br>**Att:  Pres. or Other Officer**<br>**P.O. Box 91300**<br>**Mobile, AL 36691** | **Auto Lease**<br>**2020 Volvo S60**<br>**Account No. 3300700817608176**<br>**36 month lease commencing 1/31/2020**<br>**$439.96 per month** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **George R. Platt** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
    amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Robert J. Graham**<br>**224 Thimble Island Road**<br>**Branford, CT 06405** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.19__<br>☐ Schedule G _____<br>**Central States SE & SW Areas** |
| 3.2 | **Michael Platt**<br>**214 Alps Road**<br>**Unit 33**<br>**Branford, CT 06405** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.34__<br>☐ Schedule G _____<br>**Direct Capital** |
| 3.3 | **Platt Brothers Realty-I, LLC**<br>**25 James Street**<br>**P.O. Box 324**<br>**New Haven, CT 06513** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.58__<br>☐ Schedule G _____<br>**KeyBank, N.A.** |

Debtor 1   **George R. Platt**                    Case number *(if known)*

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | **Platt Brothers Realty-I, LLC**<br>**25 James Street**<br>**P.O. Box 324**<br>**New Haven, CT 06513** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.114__<br>☐ Schedule G _____<br>**US Small Business Admin.** |
| 3.5 | **Platt Brothers Realty-I, LLC**<br>**25 James Street**<br>**P.O. Box 324**<br>**New Haven, CT 06513** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.59__<br>☐ Schedule G _____<br>**KeyBank, N.A.** |
| 3.6 | **Platt Brothers Realty-I, LLC**<br>**25 James Street**<br>**P.O. Box 324**<br>**New Haven, CT 06513** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.115__<br>☐ Schedule G _____<br>**US Small Business Admin.** |
| 3.7 | **Platt Brothers Realy-II, LLC**<br>**25 James Street**<br>**P.O. Box 324**<br>**New Haven, CT 06513** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.58__<br>☐ Schedule G _____<br>**KeyBank, N.A.** |
| 3.8 | **Platt Brothers Realy-II, LLC**<br>**25 James Street**<br>**P.O. Box 324**<br>**New Haven, CT 06513** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.114__<br>☐ Schedule G _____<br>**US Small Business Admin.** |
| 3.9 | **Platt Brothers Realy-II, LLC**<br>**25 James Street**<br>**P.O. Box 324**<br>**New Haven, CT 06513** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.59__<br>☐ Schedule G _____<br>**KeyBank, N.A.** |
| 3.10 | **Platt Brothers Realy-II, LLC**<br>**25 James Street**<br>**P.O. Box 324**<br>**New Haven, CT 06513** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.115__<br>☐ Schedule G _____<br>**US Small Business Admin.** |

Debtor 1  **George R. Platt**                                            Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.11  **Deborah Platt**<br>**111 Chestnut Lane**<br>**Hamden, CT 06518** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.71__<br>☐ Schedule G<br>**Mr. Cooper** |
| 3.12  **Deborah Platt**<br>**111 Chestnut Lane**<br>**Hamden, CT 06518** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.108__<br>☐ Schedule G<br>**U.S. Bancorp** |
| 3.13  **Deborah Platt**<br>**111 Chestnut Lane**<br>**Hamden, CT 06518** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.57__<br>☐ Schedule G<br>**Keybank, N.A.** |
| 3.14  **Deborah Platt**<br>**111 Chestnut Lane**<br>**Hamden, CT 06518** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.106__<br>☐ Schedule G<br>**Synchrony Bank** |
| 3.15  **Deborah Platt**<br>**111 Chestnut Lane**<br>**Hamden, CT 06518** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.11__<br>☐ Schedule G<br>**Bank of America** |
| 3.16  **Deborah Platt**<br>**111 Chestnut Lane**<br>**Hamden, CT 06518** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.107__<br>☐ Schedule G<br>**Synchrony Bank** |
| 3.17  **Kevin J. Platt**<br>**99 Sunset Hill Drive**<br>**Branford, CT 06405** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.58__<br>☐ Schedule G<br>**KeyBank, N.A.** |
| 3.18  **Kevin J. Platt**<br>**99 Sunset Hill Drive**<br>**Branford, CT 06405** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.114__<br>☐ Schedule G<br>**US Small Business Admin.** |

Debtor 1   **George R. Platt**                          Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.19   **Kevin J. Platt**<br>**99 Sunset Hill Drive**<br>**Branford, CT 06405** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.59__<br>☐ Schedule G _____<br>**KeyBank, N.A.** |
| 3.20   **Kevin J. Platt**<br>**99 Sunset Hill Drive**<br>**Branford, CT 06405** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.115__<br>☐ Schedule G _____<br>**US Small Business Admin.** |
| 3.21   **Kevin J. Platt**<br>**99 Sunset Hill Drive**<br>**Branford, CT 06405** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.34__<br>☐ Schedule G _____<br>**Direct Capital** |
| 3.22   **Kevin J. Platt**<br>**99 Sunset Hill Drive**<br>**Branford, CT 06405** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.76__<br>☐ Schedule G _____<br>**On Deck Capital, Inc.** |
| 3.23   **Michael F. Platt**<br>**214 Alps Road, Unit 33**<br>**Branford, CT 06405** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.58__<br>☐ Schedule G _____<br>**KeyBank, N.A.** |
| 3.24   **Michael F. Platt**<br>**214 Alps Road, Unit 33**<br>**Branford, CT 06405** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.114__<br>☐ Schedule G _____<br>**US Small Business Admin.** |
| 3.25   **Michael F. Platt**<br>**214 Alps Road, Unit 33**<br>**Branford, CT 06405** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.59__<br>☐ Schedule G _____<br>**KeyBank, N.A.** |
| 3.26   **Michael F. Platt**<br>**214 Alps Road, Unit 33**<br>**Branford, CT 06405** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.115__<br>☐ Schedule G _____<br>**US Small Business Admin.** |

Debtor 1  **George R. Platt**

Case number *(if known)*

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.27  **Michael F. Platt**
**214 Alps Road, Unit 33**
**Branford, CT 06405**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.76____
☐ Schedule G _____
**On Deck Capital, Inc.**

3.28  **Michael F. Platt**
**214 Alps Road, Unit 33**
**Branford, CT 06405**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.19____
☐ Schedule G _____
**Central States SE & SW Areas**

3.29  **The Harty Press, Inc.**
**Att:  Pres. or Other Officer**
**25 James Street**
**P.O. Box 324**
**New Haven, CT 06513**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.58____
☐ Schedule G _____
**KeyBank, N.A.**

3.30  **The Harty Press, Inc.**
**Att:  Pres. or Other Officer**
**25 James Street**
**P.O. Box 324**
**New Haven, CT 06513**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.114____
☐ Schedule G _____
**US Small Business Admin.**

3.31  **The Harty Press, Inc.**
**Att:  Pres. or Other Officer**
**25 James Street**
**P.O. Box 324**
**New Haven, CT 06513**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.59____
☐ Schedule G _____
**KeyBank, N.A.**

3.32  **The Harty Press, Inc.**
**Att:  Pres. or Other Officer**
**25 James Street**
**P.O. Box 324**
**New Haven, CT 06513**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.115____
☐ Schedule G _____
**US Small Business Admin.**

3.33  **The Harty Press, Inc.**
**Att:  Pres. or Other Officer**
**25 James Street**
**P.O. Box 324**
**New Haven, CT 06513**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.34____
☐ Schedule G _____
**Direct Capital**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1   **George R. Platt**                                    Case number *(if known)*

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.34   **The Harty Press, Inc.**
**Att:  Pres. or Other Officer**
**25 James Street**
**P.O. Box 324**
**New Haven, CT 06513**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.123**
☐ Schedule G _____
**Xerox Capital Services LLC**

---

3.35   **The Harty Press, Inc.**
**Att:  Pres. or Other Officer**
**25 James Street**
**P.O. Box 324**
**New Haven, CT 06513**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.124**
☐ Schedule G _____
**Xerox Capital Services LLC**

---

3.36   **The Harty Press, Inc.**
**Att:  Pres. or Other Officer**
**25 James Street**
**P.O. Box 324**
**New Haven, CT 06513**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.10**
☐ Schedule G _____
**Balboa Capital Corporation**

---

3.37   **The Harty Press, Inc.**
**Att:  Pres. or Other Officer**
**25 James Street**
**P.O. Box 324**
**New Haven, CT 06513**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.76**
☐ Schedule G _____
**On Deck Capital, Inc.**

---

3.38   **The Harty Press, Inc.**
**Att:  Pres. or Other Officer**
**25 James Street**
**P.O. Box 324**
**New Haven, CT 06513**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.78**
☐ Schedule G _____
**Kathryn M. Platt**

---

3.39   **The Harty Press, Inc.**
**Att:  Pres. or Other Officer**
**25 James Street**
**P.O. Box 324**
**New Haven, CT 06513**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.119**
☐ Schedule G _____
**Volvo Car Financial Services**

---

3.40   **The Harty Press, Inc.**
**Att:  Pres. or Other Officer**
**25 James Street**
**P.O. Box 324**
**New Haven, CT 06513**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.19**
☐ Schedule G _____
**Central States SE & SW Areas**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1    **George R. Platt**                    Case number *(if known)* _____

| | |
|---|---|
| ▰ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.41  **The Harty Press, Inc.**
**Att:  Pres. or Other Officer**
**25 James Street**
**P.O. Box 324**
**New Haven, CT 06513**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.48___
☐ Schedule G _____
**Hewlett-Packard Financial Svs**

---

3.42  **The Harty Press, Inc.**
**Att:  Pres. or Other Officer**
**25 James Street**
**P.O. Box 324**
**New Haven, CT 06513**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.5___
☐ Schedule G _____
**ARGA**

---

3.43  **The Harty Press, Inc.**
**Att:  Pres. or Other Officer**
**25 James Street**
**P.O. Box 324**
**New Haven, CT 06513**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.3___
☐ Schedule G _____
**State of Connecticut**

---

3.44  **The Harty Press, Inc.**
**Att:  Pres. or Other Officer**
**25 James Street**
**P.O. Box 324**
**New Haven, CT 06513**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.112___
☐ Schedule G _____
**US Department of Labor**

---

3.45  **The Harty Press, Inc.**
**Att:  Pres. or Other Officer**
**25 James Street**
**P.O. Box 324**
**New Haven, CT 06513**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.113___
☐ Schedule G _____
**US Department of Labor**

---

3.46  **The Harty Press, Inc.**

■ Schedule D, line ___2.1___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Volvo Financial Services**

---

3.47  **The Harty Press Inc.**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G ___2.1___
**Volvo Car Financial Services**

---

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **George R. Platt** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | **Sales Representative** | **Art Teacher** |
| Employer's name | | **GHP Media, Inc.** | **New Haven Public Schools** |
| Employer's address | | **475 Heffernan Drive<br>West Haven, CT 06516** | **200 Orange Street<br>New Haven, CT 06511** |
| How long employed there? | | **5 months** | **18 years** |

## Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ **7,500.00** | $ **5,844.41** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ **7,500.00** | $ **5,844.41** |

Debtor 1  **George R. Platt**                                   Case number *(if known)*

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | 4. | $ | **7,500.00** | $ 5,844.41 |

**5.** List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 3,459.91 | $ 552.52 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 184.56 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 599.99 | $ 32.96 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 132.86 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: **Health Savings Account** | 5h.+ | $ 0.00  + | $ 108.33 |
| | **TSA AXA Equi** | | $ 0.00 | $ 1,625.00 |

| | | | | |
|---|---|---|---|---|
| **6.** | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 4,059.90 | $ 2,636.23 |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 3,440.10 | $ 3,208.18 |

**8.** List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ -382.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: | 8h.+ | $ 0.00  + | $ 0.00 |

| | | | | |
|---|---|---|---|---|
| **9.** | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ -382.00 |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,440.10  +  $ 2,826.18  =  $ 6,266.28 | |

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:                                                                                          11. +$ 0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies

12. $ 6,266.28

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?
■ No.
☐ Yes. Explain:

In Re:  George Platt

Rental Income and Expenses
41A Cocheco Avenue, Branford
(Cottage, owned by non-debtor spouse)

|                      | Annual      | Monthly    |
|----------------------|-------------|------------|
| Rent (10 months)     | $17,400.00  | $1,450.00  |

| Expenses             | Annual      | Monthly    |
|----------------------|-------------|------------|
| Insurance            | $2,247.00   | $173.00    |
| Mortgage payments    | $11,892.00  | $990.00    |
| Real Property Taxes  | $6,000.00   | $500.00    |
| Repairs              | $1,500.00   | $125.00    |
| Utilities-water      | $522.00     | $44.00     |
|                      |             | $1,832.00  |

| Net Income           |             | -$382.00   |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **George R. Platt** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

    ☐ No
    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ■ No

    Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for each dependent..............

    Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 0.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 275.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

Debtor 1   **George R. Platt**                                       Case number (if known)

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 684.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 50.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 170.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 1,066.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 225.00 |
| 10. | **Personal care products and services** | | 10. $ | 95.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 65.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 408.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 245.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 2,500.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 958.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 400.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:   **Motor Vehicle Taxes** | | 16. $ | 55.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 439.96 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 527.17 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 8,163.13 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 8,163.13 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 6,266.28 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 8,163.13 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -1,896.85 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.    Explain here: **As to 15a, life insurance, nondebtor spouse is policyholder and beneficiary of a term policy in which Debtor is insured.**

**Fill in this information to identify your case:**

Debtor 1        **George R. Platt**
                First Name            Middle Name            Last Name

Debtor 2
(Spouse if, filing)    First Name            Middle Name            Last Name

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number
(if known)

☐ Check if this is an
  amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice,*
                                            *Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ George R. Platt**                     X _____
  **George R. Platt**                            Signature of Debtor 2
  Signature of Debtor 1

Date **September 28, 2021**                    Date _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **George R. Platt** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy       4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.   **What is your current marital status?**

■ Married
☐ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $90,769.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **George R. Platt**                                        Case number *(if known)* _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2020 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $93,429.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2019 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $148,732.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Dwellco II, LP Final Distribution** | $4,737.00 | | |
| | **Unemployment and CARES Act supplement** | $11,095.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2020 ) | **Dwellco II, LP Distribution** | $31,428.00 | | |
| | **Unemployment and CARES Act supplement** | $8,934.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2019 ) | **The Harty Press-interest** | $3,376.00 | | |
| | **Platt Brothers REalty-I LLC rental real estate income** | $19,306.00 | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

    ■ No.    Go to line 7.

    ☐ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **George R. Platt** | Case number *(if known)* | |
|---|---|---|---|

not include payments to an attorney for this bankruptcy case.
\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.
☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Central States, Southeast and Southwest Areas Health and Welfare Fund; and Charles A. Whobrey, as Trustee, Plaintiffs v. The Harty Press, Inc, a Connecticut corporation; George R. Platt, an individual; Michael F. Platt, an individual; and Robert J. Graham, an individual, Defendants 20-cv-01624** | **ERISA Complaint** | **United States District Court Northern District of Illinois** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **KeyBank National Association NNH-CV20-6107134-S** | **Property - Foreclosure** | **Superior Court at New Haven JD** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1   **George R. Platt**                                     Case number *(if known)*

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **On Deck Capital Inc. v. The Harty Press, Inc., George Platt, and Kevin Platt**<br>**CL21001825-00** | **Contracts** | **Arlington County Circuit Court**<br>**Civil Division**<br>**1425 North Courthouse Road**<br>**Arlington, VA 22201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Direct Capital & CIT Bank N.A. v. George R. Platt, Kevin Platt & Michael Platt**<br>**NNH-CV-21-6117053-S** | **Collection** | **Superior Court at New Haven JD**<br>**235 Church Street, New Haven,**<br>**New Haven, CT 06511** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10.   **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
      Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11.   **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12.   **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

| **Part 5:** | **List Certain Gifts and Contributions** |
|---|---|

13.   **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14.   **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Seventh Day Adventist Church** | **Debtor and his spouse regularly tithe and donate to various church programs averaging $2500 monthly. The value presented is the approximate total for the two-year period before the Petition Date.** | **Monthly for many years** | **$60,000.00** |

Debtor 1 **George R. Platt**                                          Case number (*if known*) _____

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Notre Dame High School** | **50th reunion class gift** | | **$1,000.00** |

---

**Part 6:**    **List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

---

**Part 7:**    **List Certain Payments or Transfers**

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Coan, Lewendon, Gulliver & Miltenberger, 495 Orange Street New Haven, CT 06511-3809 cgulliver@coanlewendon.com** | **Attorney fees & costs** | **September 16, 2020** | **$5,235.00** |

---

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

---

Debtor 1    **George R. Platt**

Case number *(if known)*

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Andrew C. Platt**<br>**225 Deer Creek Boulevard Unit 903**<br>**Deerfield Beach, FL 33442**<br><br>**Debtor's son** | **Condominium located at 225 Deer Creek Boulevard #903, Deerfield Beach, Florida 33442** | **The Debtor did not transfer the property but for full disclosure he describes here a transfer made in June 2020 by Platt Brothers Realty, A Connecticut Partnership, in which he is a 1/3 partner.  Said partnership transferred the condominum it owned to Debtor's son for $180,500.** | **June 16, 2020** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

   ■ No
   ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
   Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

   ■ No
   ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1   **George R. Platt**                                    Case number *(if known)*

**Part 9:**   Identify Property You Hold or Control for Someone Else

23.   **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐   **No**
☑   **Yes. Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| . | | Debtor and his brothers were officers, directors and shareholders of The Harty Press, Inc. and, in those capacities had signature authority on various bank accounts. | $0.00 |
| Platt Brothers Realty A Connecticut Partnership | Santander Bank | Small Business Checking Account #7258 | $1,202.22 |

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

☑   *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

☑   *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

☑   *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.   **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑   **No**
☐   **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25.   **Have you notified any governmental unit of any release of hazardous material?**

☑   **No**
☐   **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26.   **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑   **No**
☐   **Yes. Fill in the details.**

| Case Title Case Number | Court or agency Name Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

Debtor 1    **George R. Platt**                                   Case number *(if known)*

**Part 11:**    **Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

☐ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐ **No. None of the above applies.  Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **The Harty Press, Inc.**<br>**25 James Street**<br>**New Haven, CT 06513** | **Printing and Business Solutions Provider**<br><br>**Michael Pyne**<br>**Whittlesbey PC**<br>**2319 Whitney Avenue, Ste 2A**<br>**Hamden, CT 06518** | EIN:    **06-0768090**<br><br>From-To    **October 1981 - June 2020** |
| **Platt Brothers Realty-1, LLC**<br>**25 James Street**<br>**New Haven, CT 06513** | **Commercial Real Estate Rental Company**<br><br>**Michael Pyne**<br>**Whittlesey PC**<br>**2319 Whitney Avenue Ste 2A**<br>**Hamden, CT 06518** | EIN:      **06-1573904**<br><br>From-To    **February 1999 - present** |
| **Platt Brothers Realty-II, LLC**<br>**25 James Street**<br>**New Haven, CT 06513** | **Commercial Real Estate Rental Company**<br><br>**Michael Pyne**<br>**Whittlesey PC**<br>**2319 Whitney Avenue Ste 2A**<br>**Hamden, CT 06518** | EIN:      **06-1573905**<br><br>From-To    **February 1999 to present** |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ **No**
■ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Unkown, possibly applications to** | **Discover Bank, Sofi, Lending Club** |

Debtor 1    **George R. Platt**                                        Case number *(if known)* _____

---

**Part 12:**    Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.**
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

/s/ George R. Platt                                          _____
**George R. Platt**                                          **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **September 28, 2021**                               Date    _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **George R. Platt** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Volvo Financial Services** <br><br> Description of property securing debt: **2015 Volvo XC70 125,429 miles** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: **Retain & Pay** | ☐ No <br><br> ■ Yes |

### Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: **Volvo Car Financial Services** <br><br> Description of leased Property: **Auto Lease** <br> **2020 Volvo S60** <br> **Account No. 3300700817608176** <br> **36 month lease commencing 1/31/2020** <br> **$439.96 per month** | ☐ No <br><br> ■ Yes |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **George R. Platt**                                                    Case number *(if known)*

---

Part 3:    Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X    **/s/ George R. Platt**                                    X
       **George R. Platt**                                              Signature of Debtor 2
       Signature of Debtor 1

       Date       **September 28, 2021**                      Date

---

Official Form 108                    **Statement of Intention for Individuals Filing Under Chapter 7**                    page 2

## Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Connecticut

In re    **George R. Platt** _____    Case No. _____

                                            Debtor(s)    Chapter    **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept _____   $ _____ **4,897.00**

     Prior to the filing of this statement I have received _____   $ _____ **4,897.00**

     Balance Due _____   $ _____ **0.00**

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
          **Exemption planning; counseling regarding reaffirmation agreements**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any  adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 28, 2021** _____      **/s/ Carl T. Gulliver** _____
_Date_                                                  **Carl T. Gulliver ct00944**
                                                               _Signature of Attorney_
                                                               **Coan, Lewendon, Gulliver & Miltenberger, LLC**
                                                               **495 Orange Street**
                                                               **New Haven, CT 06511-3809**
                                                               **203-624-4756  Fax: 203-865-3673**
                                                               **cgulliver@coanlewendon.com**
                                                               _Name of law firm_

# United States Bankruptcy Court
## District of Connecticut

In re  **George R. Platt**                                      Case No. _____

                                              Debtor(s)         Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **September 28, 2021**                **/s/ George R. Platt**

                                              **George R. Platt**
                                              Signature of Debtor

ABC Printing & Mailing Co.
Att: Pres. or Other foficer
875 foxon Road
New Haven, CT 06513


Airgas USA, LLC
Att: Managing Member
P.O. Box 734445
Chicago, IL 60673-4445


All American Waste, LLC
Att: Managing Member
P.O. Box 630
East Windsor, CT 06088


American Express National Bank
c/o Datamark Inc.
Att: Counsel Merchant Finacin
43 Butterfield Circle
El Paso, TX 79906


ARGA
c/o Bill Nims
14 Hazlett Road
Alton Bay, NH 03810


AT&T
Att: Pres. or Other Officer
P.O. Box 8110
Aurora, IL 60507


AT&T Advertising  Publishing
Att: Pres. or Other Officer
P.O. Box 5010
Carol Stream, IL 60197-5010


AT&T Mobility
Att: Pres. or Other Officer
P.O. Box 6463
Carol Stream, IL 60197


B-P Products
Att: Pres. or Other Officer
100 Sanford Street
Hamden, CT 06514

Balboa Capital Corporation
Att:  James J. Grant, V.P.
575 Anton Boulevard 12th Floor
Costa Mesa, CA 92626


Bank of America
Att: Pres. or Other Officer
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634


Bay State Bearings Service
Att:  Pres. or Other Officer
P.O. Box 2740
Springfield, MA 01101


BCC Software, LLC
Att:  Managing Member
P.O. Box 1174
Buffalo, NY 14240


Becker & Zowine, LLC
3296 Main Street
Bridgeport, CT 06606


Bell and Howell, LLC
Att:  Managing Member
P.O. Box 74369
Atlanta, GA 30374-3679


Cannelli Printing Company
Att:  Pres. or Other Officer
39 Wood Street
West Haven, CT 06516


Capital One
Attn: Pres. or Other Officer
Po Box 30285
Salt Lake City, UT 84130


Case Paper Company, Inc.
Att:  Pres. or Other Officer
499 E. Tioga Street
Philadelphia, PA 19134

Central Paper Company, Inc.
Att: Pres. or Other Officer
P.O. Box 1701
Pawtucket, RI 02862-1656


Central States SE & SW Areas
Health & Welfare Fund
Att: Trustee or Other Officer
8647 West Higgins Road
Chicago, IL 60631


Cintas Corporation
Att: Pres. or Other Officer
P.O. Box 636525
Cincinnati, OH 45263-6525


CIT
Att: Pres. or Other Officer
21146 Network Place
Chicago, IL 60673-1211


CIT Bank N.A.
155 Commerce Way
Portsmouth, NH 03801


Citibank
Att: Pres. or Other Officer
Po Box 790034
St Louis, MO 63179


Clean Rentals, Inc.
Att: Pres. or Other Officer
P.O. Box 63070
New Bedford, MA 02746-0899


Cohn & Dussi, LLC
Att: Lewis J. Cohn, Esq.
68 Harrison Avenue Ste 502
Boston, MA 02111


Comcast
Att: Pres. or Other Officer
P.O. Box 6505
Chelmsford, MA 01824

Conn. Pest Elimination, Inc.
Att: Pres. or Other Officer
P.O.Box 422
West Haven, CT 06516


Connecticut Color, Inc.
Att: Pres. or Other Officer
127 Pomeroy Avenue
Meriden, CT 06450


Connecticut Valley Bindery
Att: Pres. or Other Officer
1 Hartford Square Unit 28
New Britain, CT 06052


Connex Credit Union
412 Washington Avenue
North Haven, CT 06473


Convertagraphics
Att: Managing Member
P.O. Box 733182
Dallas, TX 75373-3182


Creative Flower Shop
Att: Managing Member
P.O. Box 120134
East Haven, CT 06512


Cyberchrome, Inc.
Att: Pres. or Other Officer
19 Business Park Drive
Branford, CT 06405


De Lage Landen Financial Svs
Att: Pres. or Other Officer
P.O. Box 41602
Philadelphia, PA 19101-1602


Direct Capital
Att: Brendan Thon
155 Commerce Way
Portsmouth, NH 03801

Discover Financial
Attn: Pres. or Other Officer
Po Box 3025
New Albany, OH 43054


Douglas W. King, Esq.
Shands, Elbert Gianoulakis
1 North Brentwood Blvd Ste 800
Saint Louis, MO 63105


Eastman Kodak Company
Att: Pres. or Other Officer
1778 Solutions Center
Chicago, IL 60677-1077


Encore Fire Protection
Att: Managing Member
70 Beacon Street
Pawtucket, RI 02860


ExxonMobil
Att: Pres. or Other Officer
P.O. Box 6404
Sioux Falls, SD 57117


Federal Express Corp.
Att: Pres. or Other Officer
P.O. Box 371461
Pittsburgh, PA 15250


FEDEX Freight
Att: Pres. or Other Officer
P.O. Box 223125
Pittsburgh, PA 15250-2125


G.E. Richards Graphic Supplies
Att: Pres. or Other Officer
928 Links Avenue
P.O. Box 339
Landisville, PA 17538


GNHWPCA
Att: Billing Supervisor
260 East Street
New Haven, CT 06511

```
GPA
Att:  Pres. or Other Officer
3906 Solutions Center
Chicago, IL 60677-3009


Robert J. Graham
224 Thimble Island Road
Branford, CT 06405


Grainger
Att:  Pres. or Other Officer
Dept. 821912011
Palatine, IL 60038


Great Reach Communications Inc
Att:  Pres. or Other Officer
20 Golfers Circle
South Yarmouth, MA 02664


Hewlett-Packard Financial Svs
Att:  Pres. or Other Officer
200 Connell Drive Suite 5000
Berkeley Heights, NJ 07922


Home Depot
Att:  Pres. or Other Officer
P.O. Box 790345
Saint Louis, MO 63179-0345


Indigo America, Inc.
Att:  Pres. or Other Officer
5555 Windward Parkway
Alpharetta, GA 30004


Internal Revenue Service
Att:  Revenue Agent
Centralized Insolvency Oper.
P.O. Box 7346
Philadelphia, PA 19101-7346


International Bonded Couriers
Att:  Pres. or Other Officer
P.O. Box 300643
Jamaica, NY 11430-0643
```

Jack L. Popin & Co.
Att: Pres. or Other Officer
125-10 84th Road
Kew Gardens, NY 11415


Joseph C. Sansone Co.
c/o Rod Toben, V.P.
Central Case Management
13727 Noel Road Ste 700
Dallas, TX 75240


Just Buttons LLC
Att: Managing Member
59 School Ground Road, Ste 7
Branford, CT 06405


Key Bank, N.A.
Attn: Pres. or Other Officer
Oh-01-51-0622
4910 Tiedeman Rd.
Brooklyn, OH 44144


Keybank, N.A.
Att: Pres. or Other Officer
Bankruptcy Department
4910 Tiedeman Road
Brooklyn, OH 44144


KeyBank, N.A.
Att: Pres. or Other Officer
195 Church Street
New Haven, CT 06510


Komputer Konsultants
Att: Managing Member
960 Route 6, Suite 101
Mahopac, NY 10541


Lindenmeyer Monroe
Att: Pres. or Other Officer
P.O. Box 416207
Boston, MA 02241-6207


LSC Communications US LLC
Att: Managing Member
P.O. Box 776411
Chicago, IL 60677-6411

Magnetic Attractions, Inc.
Att: Pres. or Other Officer
1912 John Towers Avenue
El Cajon, CA 92020


Mark and Andy Print Products
Att: Pres. or Other Officer
7561 Solutions Center
Chicago, IL 60677-7005


Markal Finishing Co. Inc.
Att: Pres. or Other Officer
400 Bostwick Avenue
Bridgeport, CT 06605


Matthew B. Wesley, Esq.
Central States Law Department
8647 West Higgins Road, 8th Fl
Chicago, IL 60631


Michael Platt
214 Alps Road
Unit 33
Branford, CT 06405


MLK Business Forms Inc.
c/o Liz Montalvo
P.O. Box 66
Ivoryton, CT 06442


Mr. Cooper
Att: Pres. or Other Officer
P.O. Box 619094
Dallas, TX 75261-9741


NEPCON
Att: Pres. or Other Officer
65 Miller Street Ste 201
Richmond, VT 05477


New England Finishing
Att: Pres. or Other Officer
709 Main Street
Holyoke, MA 01040

Newark Element 14
Att: Pres. or Other Officer
33190 Collection Center Drive
Chicago, IL 60693-0331


OCB LLC Output Continuation
Att: Managing Member
60 Blueberry Hill
Wethersfield, CT 06109


On Deck Capital, Inc.
Att: Pres. or Other Officer
1400 Broadway
New York, NY 10018


Perfect Finishing, Inc.
Att: Pres. or Other Officer
40 Webro Road
Clifton, NJ 07012


Deborah Platt
111 Chestnut Lane
Hamden, CT 06518


Kathryn M. Platt
226 Thimble Island Road
Branford, CT 06405


Kevin J. Platt
99 Sunset Hill Drive
Branford, CT 06405


Michael F. Platt
214 Alps Road, Unit 33
Branford, CT 06405


Post-up Stand Inc.
Att: Pres. or Other Officer
29253 Network Place
Chicago, IL 60673-1292


Pratt Corrugated Holdings, Inc
Att: Pres. or Other Officer
P.O. Box 933949
Atlanta, GA 31193-3949

Premier Blanket Services Inc.
Att: Pres. or Other Officer
860 East State Parkway
Schaumburg, IL 60173


Printer's Service
Att: Pres. or Other Officer
P.O. Box 5169 Ironbound Statio
Newark, NJ 07105-5169


Prism Office Solutions
Att: Pres. or Other Officer
75 School GroundRoad
Branford, CT 06405


Prosource Graphi Arts Products
Att: Pres. or Other Officer
16 Roadway A
Attleboro, MA 02703


Purchase Power
Pitney Bowes
Att: Pres. or Other Officer
225 American Drive
Neenah, WI 54956-1005


Quench USA, Inc.
Att: Pres. or Other Officer
P.O. Box 781393
Philadelphia, PA 19178-1393


Radius global Solutions LLC
Att: Managing Member
P.O. Box 390905
Minneapolis, MN 55439


Regional Water Authority
Att: Director
90 Sargent Drive
New Haven, CT 06511-5966


Ricoh USA, Inc.
Att: Pres. or Other Officer
P.O. Box 827577
Philadelphia, PA 19182-7577

Rochester Software Assoc. Inc.
Att: Pres. or Other Officer
69 Cascade Drive
Rochester, NY 14614

Rocket Mark Corporation
Att: Pres. or Other Officer
3026 Owen Drive Ste 110
Antioch, TN 37013-2417

Rosmini Grapic Supply Corp.
Att: Pres. or Other Officer
1375 Bangor Street
Copiague, NY 11726

Ryan Printing, Inc.
Att: Pres. or Other Officer
300 Corporate Drive Ste 6
Blauvelt, NY 10913

Safety-Kleen Corp.
Att: Pres. or Other Officer
P.O. Box 382066
Pittsburgh, PA 15250-8066

Screen Tek
Att: Pres. or Other Officer
130 Welton Street
Hamden, CT 06517

SCS Systems, LLC
Att: Managing Member
31 Woodlawn Avenue
Naugatuck, CT 06770

SoFi Lending Corp.
Att: Pres. or other Officer
234 1st Street
San Francisco, CA 94105

SoFi Lending Corp.
Att: President
375 Healdsburg Avenue Ste 280
Healdsburg, CA 94558

Southern Connecticut Gas Co.
Att: Pres. or Other Officer
60 Marsh Hill Road
Orange, CT 06477


Southern Professional Printing
Att: Managing Member
P.O. Box 10308
New Orleans, LA 70181


Spring Glen Landscaper, LLC
Att: Pres. or Other Officer
25 Raccio Park Road
Hamden, CT 06514


State of Connecticut
Department of Revenue Services
Bankruptcy Unit
450 Columbus Avenue, Ste 1
Hartford, CT 06103


State of Connecticut
Deptartment of Labor
Delinquent Accounts Unit
200 Folly Brook Road
Wethersfield, CT 06109


Steadfast HVAC LLC
Att: Managing Member
71 Bender Road
Hamden, CT 06518


STP Bindery Services
Att: Managing Member
265 Prestige Park Road
East Hartford, CT 06108


Susman, Duffy & Segaloff P.C.
Att: Joseph F. Faughnan
700 State Street Suite 100
New Haven, CT 06511


Synchrony Bank
Attn: Pres. or Other Officer
Po Box 965060
Orlando, FL 32896

Tax Collector, Hamden
2750 Dixwell Avenue
Hamden, CT 06518


Tax Collector, New Haven
165 Church Street
New Haven, CT 06510


The Harty Press, Inc.
Att: Pres. or Other Officer
25 James Street
P.O. Box 324
New Haven, CT 06513


Town of Branford
Office of the Tax Collector
P.O. Box 136
Branford, CT 06405


U.S. Bancorp
Attn: Pres. or Other Officer
800 Nicollet Mall
Minneapolis, MN 55402


U.S. Dept. of Labor
OSHA
Att: Director
200 Constitution Avenue NW
Washington, DC 20210


U.S. Dept. of Labor - OSHA
c/o U.S. Attorney
157 Church Street, Flr 25
New Haven, CT 06510


Uline Shipping Supply
Att: Pres. or Other Officer
P.O. Box 88741
Chicago, IL 60680-1741


United Illuminating
Att: Pres. or Other Officer
180 Marsh Hill Road
Orange, CT 06477

United Parcel Service
Att: Pres. or Other Officer
P.O. Box 809488
Chicago, IL 60680-9488


US Department of Labor
Att: Director, OSHA
McMahon Federal Building
915 Lafayette Blvd, Room 309
Bridgeport, CT 06604


US Dept. of the Treasury
Bureau of Fiscal Service
Att: Director
P.O. Box 830794
Birmingham, AL 35283-0794


US Small Business Admin.
Att: Director
c/o U.S. Attorney General
157 Church Street, Flr 25
New Haven, CT 06510


US Small Business Admin.
Att: Director
409 3rd Street S.W.
Washington, DC 20416


US Small Business Admin.
Att: Director
Connecticut District Office
330 Main Street, 2nd Floor
Hartford, CT 06103


Gail Utitus
183 Oxford Road
Milford, CT 06460


Valley Machine Knife
Att: Pres. or Other Officer
33 Wayside Avenue
West Springfield, MA 01089


Veritiv Operating Company
Att: Pres. or Other Officer
7472 Collection Center Drive
Chicago, IL 60693

Vincent E. Augrey, Esq.
Aubrey Thrasher, LLC
1170 Peachtree Street NE
Suite 1925
Atlanta, GA 30309

Volvo Car Financial Services
Att: Pres. or Other Officer
P.O. Box 91300
Mobile, AL 36691

Volvo Financial Services
Att: Pres. or Other Officer
P.O. Box 91300
Mobile, AL 36691

W.B. Mason
Att: Pres. or Other Officer
59 Centre Street
Brockton, MA 02301-4014

Wethersfield Offset, Inc.
Att: Pres. or Other Officer
1795 Silas Deane Highway
Rocky Hill, CT 06067

Whittlesey PC
Att: Michael Pyne
One Hamden Center
2319 Whitney Avenue Ste 2A
Hamden, CT 06518

Xerox Capital Services LLC
Att: Managing Member
P.O. Box 827598
Philadelphia, PA 19182-7598